### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**TEDDY A. BRINKER,**                                                                          **PLAINTIFF**

**v.**                         **Case No. 4:12-cv-00198-KGB-JJV**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                            **DEFENDANT**

### ORDER

The Court has received proposed Findings and Recommendations from United States Magistrate Judge Joe J. Volpe. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

SO ORDERED this 11th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE