IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TEDDY A. BRINKER,**                                                                  **PLAINTIFF**

**v.**                      **Case No. 4:12-cv-00198-KGB-JJV**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered, and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the Order in this case. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 11th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE