IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TEDDY A. BRINKER,**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:12-cv-00198-KGB-JJV

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                           **DEFENDANT**

# ORDER

Before the Court is plaintiff Teddy A. Brinker's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The Commissioner responded and does not object to the fees and costs requested. For good cause shown, the Court finds and directs:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney's fees and costs in the amount of $4,368.10 (24.4 hours at $178.07 per hour and $23.20 for the cost of service).

2. The EAJA fee award is payable to plaintiff and mailed to plaintiff's counsel but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527 (2010).

3. Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 28th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE